UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEANNA OWENS,

     **Plaintiff,**

v.                              **Case No. 6:25-cv-2006-WWB-NWH**

COLONIAL IMPORTS, LTD,

     **Defendant.**

## ORDER

This cause comes before the Court on Plaintiff's Motion requesting electronic filing access ("e-filing"). (Doc. 5). Upon consideration, the Motion is due to be denied without prejudice. However, Plaintiff will be permitted to choose to receive service of documents by email rather than physical mail.

This District's CM/ECF Administrative Procedures state that "[a]bsent a court order, a pro se litigant is not permitted to file documents in CM/ECF." *Administrative Procedures for Electronic Filing*, § B(4), UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA (effective August 1, 2025). A pro se litigant may only obtain access to e-filing with a showing of good cause. *See Fischer v. Dist. Sch. Bd. of Collier Cnty.*, No. 2:10-cv-512-FtM-29SPC, 2010 WL 3522215, at *1 (M.D. Fla. Sept. 7, 2010); *Gerow v. Blackwell*, No. 8:24-CV-02280-KKM-NHA, 2024 WL 4679030 (M.D. Fla. Nov. 5, 2024).

Here, Plaintiff has not identified any specific circumstance in this case constituting "good cause" for e-filing access. *See Fischer*, 2010 WL 3522215, at *1. The Court will, however, permit Plaintiff to receive documents via email rather than by U.S. Mail, as the considerations discussed above do not apply to a pro se party's means of *receiving* documents. If Plaintiff desires to receive service of documents via email instead of physical mail, Plaintiff may file a notice indicating her consent to receive service of documents via email and providing the email to which documents should be served, **on or before November 7, 2025.**

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion requesting electronic filing access, (Doc. 5), is **DENIED WITHOUT PREJUDICE.** Plaintiff shall continue to file documents with the Clerk in paper form, although the Court will allow Plaintiff to receive service of documents via email if she so consents **by November 7, 2025.**

**DONE** and **ORDERED** in Orlando, Florida, on October 28, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Party